EXCELSIOR & EUREKA PETROLEUM COMPANY ET AL *v.* J. C. MAXWELL AND OTHERS.

**Corporation—Suit for Contribution by Stockholders to Pay Debts.**
> The stock-holders of a corporation, in liquidation, are responsible for their prorata of the indebtedness of the corporation, though the amount was incurred by a few of the stock-holders under a recorded pledge by the company of reimbursement.

**Same.**
> The stock-holders cannot deny liability by reason of their names not having been signed by them to the subscription list for stock.

APPEAL FROM MARION CIRCUIT COURT.

January 18, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The appellants, incorporated on a broad scale for a magnificent

enterprise, soon after their organization, failed and suspended operations, like most others of the same kind. Before the abortion, a few of the stockholders had, on their own responsibility, borrowed $2,000 for the use of the company on its recorded pledge of reimbursement.

This suit seeks the enforcement of that pledge by contributions from the appellees and others as stockholders.

The petition charges that they were subscribers, and that their respective subscriptions were entered in a record exhibited as evidence. Th appellees denied that their names as inscribed therein, were signed by them. And, on that apparent issue, the circuit court dismissed the petition, as against those pleaders. This was erroneous. The appellees do not deny that they were stockholders, but only that the exhibit as evidence of that fact had ever been signed by them. Nevertheless they may have been subscribers and the record may certify the truth even though they never signed their names as therein inscribed.

Wherefore, the judgment is reversed and the cause remanded for further proceedings.

*Harrison, for appellant.*

*Ro & Fo, for appellees.*